IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR233 |
| | § | Judge Schell |
| ASHLEY WOODS (3) | § | |

## NOTICE OF PLEA AGREEMENT

The government and **Ashley Woods**, the defendant, have entered into a written

plea agreement in relation to the pending charges.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


_____/s/_____
CAMELIA LOPEZ
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Facsimile: (972) 509-1209
TX Bar No. 24036990
Camelia.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Notice of Plea Agreement

was served by electronic filing to defense counsel on this the 12th day of March, 2014.


_____/s/_____
Camelia Lopez