DATE __4/9/14__  
LOCATION __Plano__  
JUDGE __Don D. Bush__  
DEPUTY CLERK __Toya McEwen__  
COURT REPORTER: __Digital Recording__  
INTERPRETER:_____  
USPO _____  
BEGIN __2:33 pm__  

CASE NUMBER __4:13cr233   RAS/DDB__  
USA __Camelia Lopez__ Assigned  
VS __Bradley Visosky__ Appeared  

ASHLEY WOODS (3)  
Defendant  

__David Haynes, CJA__  
Attorney  

☑ PLEA TO INFORMATION, Initial Appearance and Arraignment held on Indictment  
☐ INITIAL APPEARANCE AND PLEA TO INFORMATION      ☑ WAIVER OF INDICTMENT SIGNED  

☑ CASE CALLED      ☑ DEFENDANT SWORN      ☐ Hearing held by Interpreter: _____

☑ Dft appears: ☑ with counsel __David Haynes, CJA__  

**INITIAL APPEARANCE**

☐ Dft  ☐ advised of charges  ☐ advised of maximum penalties  ☐ advised of right to remain silent;  
       ☐ advised of right to counsel  ☐ received copy of information  

**PLEA TO INFORMATION**

☑ Defendant to plead guilty to Count(s) __One (1)__ of the Information.  
☑ Defendant signed Consent to Administration of Guilty Plea by United States Magistrate Judge.  
☑ Dft signed Waiver of Indictment.   ☐ Dft signed Waiver of Venue   ☐ Dft signed Waiver of Statute of Limitations  
☑ Consent Form entered into the record.  
☑ Waiver of Indictment form entered into the record.  
☑ AUSA  ☐ Court stated essential elements..  
☑ Defendant acknowledged understanding the essential elements   ☐ AUSA  ☑ Court stated range of penalty.  
☐ Defendant acknowledged satisfaction with representation of counsel  
☑ Court reviews rights RE: plea of guilty, jury trial and to appeal.  
☑ Court reviews plea agreement with defendant  
☑ Plea Agreement entered into record UNDER SEAL.  
☑ Court reviews ☑ factual statement  ☐ statement of facts  ☐ factual resume with defendant.  
☑ ☑ Factual Statement  ☐ Statement of Facts  ☐ Factual Resume entered into the record.  
☐ Defendant is not a citizen of the United States   ☐ Defendant is not a legal permanent resident.  
☐ Court advised defendant of deportation possibilities.  ☐ Defendant acknowledged understanding deportation possibility.  
☑ Forfeiture provision explained to Defendant   ☐ Defendant acknowledged understanding forfeiture provision..  
☐ Defendant pleads guilty to _____.  
☐ Court will recommend district court accept plea of guilty.  
☐ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.  
☐ Defendant remanded to custody of U.S. Marshal.  
☑ Defendant placed on Conditions of Release.   ☐ Defendant to remain on Conditions of Release.  

☑ 2:45pm Court stopped the change of plea due to statements by dft. Case is set for pretrial conference before Judge Schell on May 1, 2014 @ 9:00am.

☑ Court recessed.  

2:50 pm Adjourn