IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:13CR233<br>Judge Crone |
| ASHLEY WOODS (3) | § § | |

## WAIVER OF INDICTMENT

I, **Ashley Woods**, am accused of conspiring to commit bank fraud in violation of 18 U.S.C. § 371 in the Eastern District of Texas as charged in the information filed herein. I have been advised of and understand the nature of the charge and of my rights. I hereby waive my right to prosecution by indictment, and choose to permit the government to proceed by information.

Date: APRIL 28, 2015

_____
ASHLEY WOODS
Defendant

_____
DAVID HAYNES
Attorney for Defendant

Before _____
Judicial Officer

Page 1 of 1
WOODS - WAIVER OF INDICTMENT