

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:13cr233 |
| | § | |
| ASHLEY WOODS (3) | § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, Ashley Woods, the above named defendant, who is charged a with violation of 18 U.S.C. §371, Conspiracy to Commit Bank Fraud, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed. R. Crim. P. 43 and 11 and consent to proceed by video conference for sentencing hearing.

Executed this 31st day of August, 2015.

_____
Defendant

_____
Marcia A. Crone
United States District Judge

_____
Attorney for Defendant