| | | | |
|---|---|---|---|
| **DATE:** | August 31, 2015 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Sherman | 4:13cr233  (3) | Ashley Woods |
| **JUDGE:** | **Marcia A. Crone by video** | | |
| **DEP CLERK:** | Sammie Hedges | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Chris Bickham by video | Glenn Jackson | David Haynes |
| **USPO:** | Deanna Splawn by video | | |
| **INTERPRETER:** | | | |

**SENTENCING HEARING**   HELD        **BEGIN:** 10:26 am      **ADJOURN:** 10:37 am

| | |
|---|---|
| **PRESENTENCE REPORT:**<br>✓ Adopted Entirely | ☐ Objections Heard<br>☐ Court Ruling<br>☐ PSR CHANGED AS FOLLOWS: |
| **PLEA AGREEMENT:** | ✓ ACCEPTED    ☐ REJECTED<br>✓ Plea Agreement (and Factual Basis / Stipulation / Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.<br>☐ Court finds overriding policy interest to keep Plea Agreement **SEALED** |
| **CRIME VICTIMS:**<br>☐ None | **Addressed the Court:** |
| **MOTIONS:** | ☐ Govt's 5K1: ☐ GRANTED ☐ DENIED<br>☐ Dft's Motion for Variance/Downward Departure addressed ☐ GRANTED ☐ DENIED<br>☐ Other: |
| **ALLOCUTION:** | ☐ Dft DID allocute   ☐ Dft DID NOT allocate |

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT | FORFEITURE |
|---|---|---|---|---|---|---|
| | | | | $3,648.60<br>Interest Waived | $100 | |

## BOP RECOMMENDATIONS:

| | |
|---|---|
| **DESIGNATION:** | ☐ Substance Abuse Treatment   ☐ Mental Health Treatment<br>☐ Sex Offender Treatment   ☐ Financial Responsibility<br>☐ OTHER:   ☐ NONE |

## SUPERVISION:

| | | |
|---|---|---|
| **3    YEARS**<br>**PROBATION** | ✓ Standard Conditions<br>✓ Special Conditions | ☐ Sex Offender Conditions<br>☐ No Term of Supervision |
| Other Conditions | | |

| | |
|---|---|
| ✓ **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:** ☐ NONE<br>✓ Govt moved to dismiss. Court granted. |
| **FORFEITURE:** | |

## CUSTODY:

| |
|---|
| |

## ADDITIONAL PROCEEDINGS:

Defendant is jointly and severally liable with Terra Lasha Jackson,  Docket No.  0540  4:13cr00104-001, to pay restitution totaling $3,648.60 to victims in the Presentence Report.