IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR233 |
| | § | Judge Crone |
| ASHLEY WOODS (3) | § | |

## FINAL ORDER OF FORFEITURE

On April 28, 2015, the defendant, **Ashley Woods**, entered into a plea agreement with the United States in which he agreed that he had obtained $3,648.60 in proceeds from the offense alleged in Count One of the Indictment.  Count One charges a violation of 18 U.S.C. § 1349, Conspiracy to Commit Bank Fraud.  The United States has filed a motion for $3,648.60 in United States currency.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $3,648.60  pursuant to 18 U.S.C. § 982(a)(1) & (4) and that a personal money judgment be issued for the same.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the money judgment in whole or in part.

SIGNED at Beaumont, Texas, this 1st day of September, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE