

**Re: 4:13cr233(3) Ashley Woods TOJ**
InterDistrictTransfer_TXND  to: Faye Thompson                01/31/2017 01:50 PM
Sent by: Brandi Boles

| From: | InterDistrictTransfer_TXND/TXND/05/USCOURTS, |
|---|---|
| To: | Faye Thompson/TXED/05/USCOURTS@USCOURTS |
| Sent by: | Brandi Boles/TXND/05/USCOURTS |

| | Faye Thompson | 4:13cr233(3) Ashley Woods TOJ |
|---|---|---|
| | Mail Router | *4:13cr233(3) Ashley Woods TOJ* |
| | Brandi Boles | *4:13cr233(3) Ashley Woods TOJ* |

Good afternoon Faye,

This will confirm receipt of the attached transfer documents in the TXND.

Thank you!

Brandi
Operations Assistance Team/Interdistrict Transfers
214-753-2240

---

Faye Thompson    Attached please find TOJ order, docket sheet, In...    01/31/2017 01:19:41 PM

| From: | Faye Thompson/TXED/05/USCOURTS |
|---|---|
| To: | InterDistrictTransfer_TXND/TXND/05/USCOURTS@USCOURTS |
| Date: | 01/31/2017 01:19 PM |
| Subject: | 4:13cr233(3) Ashley Woods TOJ |

Attached please find TOJ order, docket sheet, Information and judgment.



📄 413cr233 Ashley wood jgm.pdf          📄 413cr233 Ashley Woods Information.pdf

📄 413cr233 Woods Docket sheet.pdf       📄 TOJ order 413cr233 Ashley Woodcs.pdf

Please acknowledge receipt of the above by replying to this email

Thank you,

Faye